**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0003757**
**13-FEB-2014**
**08:53 AM**

NO. CAAP-13-0003757

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
RAYBURN IZAWA, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 12-1-1929)

ORDER GRANTING THE JANUARY 30, 2014
MOTION FOR ORDER DISMISSING APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the Motion for Order Dismissing
Appeal (Motion) filed on January 30, 2014 by the Office of the
Public Defender (Counsel), counsel for Defendant-Appellant
Rayburn Izawa (Appellant), the papers in support, and the records
and files herein, it appears that Counsel asserts an inability to
contact Appellant after diligent effort, and that it appears that
Appellant has abandoned his appeal. Therefore,

IT IS HEREBY ORDERED that the Motion is granted, and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, February 13, 2014.


Presiding Judge


Associate Judge


Associate Judge